**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Innovatio IP Ventures, LLC

                       Plaintiff,

v.                                           Case No.: 1:12−cv−03858
                                           Honorable Robert W. Gettleman

Delta Air Lines, Inc.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 23, 2012:

      MINUTE entry before Honorable Robert W. Gettleman: The Clerk is to arrange for this case to be transferred to the Patent Case Pilot Program. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.